**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Amanda Marie Molitor and Shawn Michael DeVault,
Defendants,

Of whom Shawn Michael DeVault is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2023-001787

———————————

Appeal From Anderson County
David E. Phillips, Family Court Judge

———————————

Unpublished Opinion No. 2024-UP-090
Submitted March 7, 2024 – Filed March 18, 2024

———————————

**AFFIRMED**

———————————

Matthew P. Head, of Head Law Firm, LLC, of
Greenville, for Appellant.

Kathryn J. Walsh, of South Carolina Department of
Social Services, of Spartanburg, for Respondent.

Kimberly Welchel Pease, of Kimberly R. Welchel, Attorney at Law, of Seneca, for the Guardian ad Litem.

**PER CURIAM:**  Shawn Michael DeVault appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve DeVault's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and VERDIN, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.